# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

140800(55)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

          SC: 140800
          COA: 284838
          Bay CC: 06-010653-FC

GEORGE THOMAS NOVAK,
          Defendant-Appellant.
_____

       On order of the Chief Justice, the motion by defendant-appellant for extension of the time for filing his brief is considered and, it appearing the brief was filed January 7, 2011, the time for filing is extended to that date.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2011

_____
Clerk